IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDSAY HOWE,

                                                                                     ORDER

            Plaintiff,

                                                                       12-cv-902-bbc

    v.

SEARS, ROEBUCK AND CO.,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff's counsel has filed a letter informing the court that the parties have reached a tentative settlement of this case. (dkt. #67). The parties may have until January 15, 2014, in which to complete the settlement and inform the court in writing that they have done so. If the case is not resolved in full by January 15, 2014, the parties' final pretrial submissions are due on January 21, 2014, as previously ordered and the case will proceed to trial as scheduled.

Entered this 10th day of January, 2014.

                                                       BY THE COURT:
                                                       /s/
                                                       BARBARA B. CRABB
                                                       District Judge