IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LINDSAY HOWE

        Plaintiffs,

vs.   Case No. 12CV902

SEARS, ROEBUCK AND CO.

        Defendants.

---

**STIPULATED NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

---

Plaintiff, Lindsey Howe, by her attorneys, Arellano & Phebus, S.C., and defendant, Sears, Roebuck and Co., by their attorney, Laura A. Lindner, hereby submit this stipulated notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: 1/15/2014 | Dated: 1/15/2014 |
| Arellano & Phebus, S.C. | Littler Mendelson, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| __/s Victor M. Arellano_____ | __/s Laura A. Lindner_____ |
| Victor M. Arellano | Laura A. Lindner |
| 1468 North High Point Road, Suite 202 | 111 East Kilbourn Avenue, Ste. 1000 |
| Middleton, Wisconsin 53562 | Milwaukee, WI 53202 |